UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60340-CIV-DAMIAN

**REBECCA ABRAHAM**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.

_____/

### ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** came before the Court *sua sponte*. In order to address pending matters and scheduling issues, it is

**ORDERED AND ADJUDGED** that a **Status Conference** is set for **Wednesday, May 14, 2025, at 3:30 p.m.** The hearing will be conducted in Courtroom 205C at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 30th day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**